# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case
Name:**  **Darnello T. Jones
Victoria H. Jones**

**Case Number:  17–32622–KLP**                              **Date Filed:  May 20, 2017**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1.  The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is ***www.vaeb.uscourts.gov*** and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2.  You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3.  You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4.  You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5.  You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, _except_ governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  May 23, 2017                              William C. Redden
[VAN062vMay2015.jsp]                              Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-32622-KLP
Darnello T. Jones                                                         Chapter 13
Victoria H. Jones
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: manleyc          Page 1 of 1            Date Rcvd: May 23, 2017
                               Form ID: VAN062        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db/jdb       +Darnello T. Jones,   Victoria H. Jones,   2901 Remington Rd.,   Henrico, VA 23231-2117
13905471     +Citibank/Best Buy,   Centralized Bk/Citicorp Credt Srvs,   Po Box 790040,
               St Louis, MO 63179-0040
13905472      Commonwealth of VA-Tax,   P.O. Box 2156,   Richmond, VA 23218-2156
13905476     +McGuire VA Medical Center,   Dept. of Veterans Affairs,   P.O. Box 530269,
               Atlanta, GA 30353-0269
13905478     +RimTyme,   8818-A W. Broad St.,   Richmond, VA 23294-5802
13905480     +Suntrust Bank,   Attn:Bankruptcy Dept,   Po Box 85092 Mc Va-Wmrk-7952,
               Richmond, VA 23285-5092
13905484     +WFDS,   7120 Dorsey Run Road,   Elkridge, MD 21075-6884
13905483     +WFDS,   P.O. Box 3599,   Rancho Cucamonga, CA 91729-3599
13905482     +Wells Fargo Dealer Services,   Attn: Bankruptcy,   P.O. Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13905473      E-mail/Text: cio.bncmail@irs.gov May 24 2017 02:06:56    Internal Revenue Service,
               Centralized Insolvency Unit,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13905474     +E-mail/Text: bnckohlsnotices@becket-lee.com May 24 2017 02:06:48    Kohls/Capital One,
               Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
13905475     +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2017 02:00:00    LVNV Funding,
               Po Box 10497,   Greenville, SC 29603-0497
13905477     +E-mail/PDF: cbp@onemainfinancial.com May 24 2017 01:59:57    OneMain,   Attn: Bankruptcy,
               601 Nw 2nd St,   Evansville, IN 47708-1013
13905479     +E-mail/Text: bankruptcy@sw-credit.com May 24 2017 02:07:39    Southwest Credit Systems,
               4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
13905481     +E-mail/Text: bankruptcy@bankatunion.com May 24 2017 02:07:40    Union Bank & Trust,
               24010 Partnership Blvd,   Ruther Glen, VA 22546-2545
                                                                                    TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2017 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
              station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
              om
              Christopher Mark Winslow    on behalf of Joint Debtor Victoria H. Jones chris@chriswinslow.com,
              winslowparalegal@gmail.com;r44317@notify.bestcase.com
              Christopher Mark Winslow    on behalf of Debtor Darnello T. Jones chris@chriswinslow.com,
              winslowparalegal@gmail.com;r44317@notify.bestcase.com
                                                                                    TOTAL: 3